# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 19, 2019

## NO. 03-17-00796-CV

**Jay Michael Barndt, Appellant**

**v.**

**Josie Lynn Barndt, Appellee**

### APPEAL FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES KELLY AND SMITH
### AFFIRMED -- OPINION BY JUSTICE KELLY

This is an appeal from an order in a suit affecting the parent-child relationship signed by the trial court on November 3, 2017. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the order. Therefore, the Court affirms the trial court's order in a suit affecting the parent-child relationship. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.